UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRYL VAN JOHNSON,

           Petitioner,

v.                                     Case No.  6:05-cv-1288-Orl-31KRS

D. WATSON, et al.,

           Respondents.
_____

## ORDER

Petitioner in this action seeks to proceed without the payment of filing fees and costs. Pursuant to Rule 4.07(a), Rules of the United States District Court for the Middle District of Florida, "the party seeking leave to proceed *in forma pauperis* shall pay a stated portion of the Clerk's and/or Marshal's fees within a prescribed time, failing which the action may be dismissed without prejudice."

To arrive at the amount Petitioner has to pay as a filing fee, the Court determines Petitioner's financial status by calculating two different figures. The first figure is the amount in Petitioner's prison account plus any assets that he possessed just prior to the filing of the petition. The other figure is the total deposits placed in his prisoner account for the three months preceding the filing of the petition, divided by three. Petitioner will be required to pay thirty percent (30%) of the higher of the two figures (this amount will be rounded to the nearest dollar amount). The maximum amount Petitioner will be required to pay is the full filing fee of $5.00.

The records in this case show that Petitioner has received at least **$40.00** into his prisoner account during the three months prior to the filing of the petition. Accordingly, in order to continue

the prosecution of this case, Petitioner shall, within **TWENTY (20) DAYS** from the date of this Order, pay **$4.00** to the Clerk of the Court. A check from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court." Personal checks will not be accepted. **Failure to tender this amount or explain non-payment within the allotted time period will result in the dismissal of this action without further notice.**

      **DONE AND ORDERED** in Orlando, Florida, this 6th day of October, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 10/5
Darryl Van Johnson